In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00107-CV

                                                ______________________________

 

 

                     METROPLEX MAILING SERVICES, LLC,
Appellant

 

                                                                V.

 

                                 DALLAS COUNTY, ET AL., Appellees

 

 

                                                                                                  


 

 

                                        On Appeal from the 44th Judicial District Court

                                                             Dallas County, Texas

                                                       Trial Court
No. TX-09-31273

 

                                                
                                                  

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Metroplex Mailing Services, LLC, the sole appellant in this
case, has filed a motion seeking to dismiss its appeal.[1]  Pursuant to Rule 42.1 of the Texas Rules of
Appellate Procedure, the motion is granted. 
Tex. R. App. P. 42.1.

            We
dismiss the appeal.

            

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          December 6, 2011

Date
Decided:             December
7, 2011

 











[1]Originally
appealed to the Fifth Court of Appeals, this case was transferred to this Court
by the Texas Supreme Court pursuant to its docket equalization efforts.  See
Tex. Gov’t
Code Ann. § 73.001 (West 2005).  








span
class=MsoFootnoteReference>[1]McCarty
appeals from three convictions for aggravated sexual assault of a child, cause
numbers 06-09-00187-CR through 06-09-00189-CR.